IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

JAMES STRATTON-CROOKE,

    Plaintiff,

vs.

CASE NO.: 20-CA-001655
DIVISION: D

THYSSENKRUPP ELEVATOR
CORPORATION,

    Defendant,

_____

## COMPLAINT

### COUNT I

Plaintiff, JAMES STRATTON-CROOKE, sues Defendant, THYSSENKRUPP ELEVATOR CORPORATION, and alleges:

1. This is an action for damages in excess of $30,000.00, exclusive of costs and fees.

2. On or about August 10, 2017, Defendant, THYSSENKRUPP ELEVATOR CORPORATION, was in a contractual relationship to maintain the Elevators in a reasonably safe operating condition in the USAA Building located at 17200 Commerce Park Blvd., Tampa, FL 33647.

3. At that time and place, Plaintiff, JAMES STRATTON-CROOKE, was lawfully on the above described property in an Elevator as he was an employee of USAA.

EXHIBIT A

4. At all times material to this action, Defendant, THYSSENKRUPP ELEVATOR CORPORATION, was negligent in failing to maintain the Elevator in which the Plaintiff was a passenger in a reasonably safe condition and/or negligent in failing to correct a dangerous condition in which the Defendant, THYSSENKRUPP ELEVATOR CORPORATION, either knew or should have known existed by the use of reasonable care. In addition, despite Defendant's superior knowledge, Defendant, THYSSENKRUPP ELEVATOR CORPORATION, failed to warn of a dangerous condition. Said dangerous condition being, to wit, an improperly maintained Elevator that suddenly and without warning malfunctioned, and the doors closed on the Plaintiff while the Plaintiff was entering the Elevator. Upon information and belief, the photoelectric door sensor may have malfunctioned.

5. As a direct and proximate result of Defendant, THYSSENKRUPP ELEVATOR CORPORATION, negligence, as described above, Plaintiff, JAMES STRATTON-CROOKE, was injured entering the Elevator and suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. Plaintiff, JAMES STRATTON-CROOKE, losses are permanent and continuing.

EXHIBIT A

WHEREFORE Plaintiff, JAMES STRATTON-CROOKE, demands judgment against Defendant, THYSSENKRUPP ELEVATOR CORPORATION, for damages in excess of $30,000.00, together with pre and post judgment interest, costs and such other and further relief as this Court deems just and appropriate to protect Plaintiff's rights and interests, and respectfully demands a trial by jury.

TIMOTHY G. ANDERSON, P.A.

BY: *[signature]* #104803
TIMOTHY G. ANDERSON, JR., ESQUIRE
Florida Bar No. 14122
213 South Brevard Avenue
Tampa, Florida 33606
(813) 251-0072
Email: service@tgalaw.com
Attorney for Plaintiffs

EXHIBIT A